UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, <br> NATIONAL ASSOCIATION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No. 4:18-CV-01210-NCC <br> ) |
| BROTHERS ENTERPRISES, L.L.C., <br> and RASHID S. ALI, | ) <br> ) <br> ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff PNC Bank, National Association's ("Plaintiff's") Unopposed Motion to Vacate Order Referring Case to Alternative Dispute Resolution (Doc. 35). The parties were referred to ADR on January 7, 2019, pursuant to the Court's Case Management Order (Docs. 19, 23, 34). Plaintiff states that the parties have engaged in settlement discussions and believe mediation likely will result in a waste of resources that would be better served in a settlement (Doc. 35.)

Accordingly, and in light of the representations made in Plaintiff's unopposed Motion,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Vacate Order Referring Case to Alternative Dispute Resolution (Doc. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Order Referring Case to Alternative Dispute Resolution (Doc. 34) and all deadlines therein are **VACATED**.

**IT IS FINALLY ORDERED** that Plaintiff shall file a report with the Court regarding the status of the case no later than **February 25, 2019**.

**Nothing in this Order alters the other deadlines in the Case Management Order (Doc. 23)**.

Dated this 4th day of January, 2019.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE